

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MIKE YARDENI AND MIKE YARDENI FAMILY INVESTMENTS, L.P., | § | No. 08-13-00067-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 448th Judicial District Court |
| | § | |
| MARIA LOURDES LUNA TORRES AND KIDS VIEW ZARAGOSA CENTER, L.L.C., | | of El Paso County, Texas |
| | § | |
| | | (TC# 2012-DCV06385) |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.